**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**COURTNEY VICK**                                                                **PLAINTIFF**

**V.**                         **NO. 4:16CV00046-JM-JTR**

**CAROLYN W. COLVIN,**                                    **DEFENDANT**
**Acting Commissioner,
Social Security Administration**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Courtney Vick's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 12th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE